# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JUN LI, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-30-S |
| | § | |
| WALL007 LLC, et al. | § | |

**ORDER**

The above-captioned case is related to another pending matter and is accordingly transferred to the docket of the Honorable Judge Brantley Starr. This case shall henceforth carry the suffix letter "X".

**SO ORDERED.**

SIGNED January 20, 2021.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**